# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Roger Krueger; Jeffrey Olson; Edward Pope; Deborah Tuckner; Bernice Hillukka; and Susan Wones, individually and as representatives of a, class of similarly situated persons, and on behalf of the Ameriprise Financial 401(k) Plan,<br><br>         Plaintiffs,<br><br>v.<br><br>Ameriprise Financial, Inc.; Ameriprise Financial, Inc. Employee Benefits Administration Committee; Michelle Rudlong; Ameriprise Financial, Inc. 401(k) Investment Committee; Compensation and Benefits Committee of the Board of Directors of Ameriprise Financial, Inc.; Ira D. Hall; Warren D. Knowlton; W. Walker Lewis; Siri S. Marshall; Jeffrey Noddle; Richard F. Powers III; Robert F. Sharpe, Jr., and John Does 1-60,<br><br>         Defendants. | Civil File No. 11-CV-02781 (SRN/JSM)<br><br><br><br>**DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT** |

Defendants Ameriprise Financial, Inc., Ameriprise Financial, Inc. Employee

Benefits Administration Committee, Michelle Rudlong, Ameriprise Financial, Inc. 401(k)

Investment Committee, Compensation and Benefits Committee of the Board of

Directors of Ameriprise Financial, Inc., Ira D. Hall, Warren D. Knowlton, W. Walker

Lewis, Siri S. Marshall, Jeffrey Noddle, Richard F. Powers III, and Robert F. Sharpe, Jr.

hereby respectfully move the Court for an Order dismissing the Class Action Complaint with prejudice for failure to state a claim, pursuant to Federal Rules of Civil Procedure ("F.R.C.P.") Rule 12(b)(6), or, in the alternative, with respect to Counts III, IV and VII, for summary judgment, pursuant to F.R.C.P. Rules 12(d) and 56, on the grounds that the investment options at issue are within exemptions as authorized by law.  This motion is based upon all the files and records herein, including the parties' memorandum of law and all exhibits and affidavits thereto, which will be submitted in compliance with the rules of Court, as well as the arguments of counsel.

Dated:  November 10, 2011              **DORSEY & WHITNEY LLP**


By s/ Stephen P. Lucke
      Stephen P. Lucke #154210
      lucke.steve@dorsey.com
      Kirsten E. Schubert #0388396
      schubert.kirsten@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600

*Attorneys for Defendants*

**O'MELVENY & MYERS LLP**
   Benjamin G. Bradshaw
   Shannon M. Barrett
1625 Eye Street, NW
Washington, D.C.  20006

*Attorneys for Defendants*
*Minnesota Pro Hac Vice Admission Pending*

2