UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Roger Krueger; Jeffrey Olson; Edward Pope; Deborah Tuckner; Bernice Hillukka; and Susan Wones, individually and as representatives of a, class of similarly situated persons, and on behalf of the Ameriprise Financial 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Ameriprise Financial, Inc.; Ameriprise Financial, Inc. Employee Benefits Administration Committee; Michelle Rudlong; Ameriprise Financial, Inc. 401(k) Investment Committee; Compensation and Benefits Committee of the Board of Directors of Ameriprise Financial, Inc.; Ira D. Hall; Warren D. Knowlton; W. Walker Lewis; Siri S. Marshall; Jeffrey Noddle; Richard F. Powers III; Robert F. Sharpe, Jr., and John Does 1-60,<br><br>Defendants. | Civil File No. 11-CV-02781 (SRN/JSM)<br><br><br><br><br>**DEFENDANTS' AMENDED MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

Defendants Ameriprise Financial, Inc., Ameriprise Financial, Inc. Employee Benefits Administration Committee, Michelle Rudlong, Ameriprise Financial, Inc. 401(k) Investment Committee, Compensation and Benefits Committee of the Board of Directors of Ameriprise Financial, Inc., Ira D. Hall, Warren D. Knowlton, W. Walker Lewis, Siri S. Marshall, Jeffrey Noddle, Richard F. Powers III, and Robert F. Sharpe, Jr.

hereby respectfully move the Court for an Order dismissing the Class Action Complaint with prejudice in its entirety for failure to state a claim, pursuant to Federal Rules of Civil Procedure Rule 12(b)(6).  This motion is based upon all the files and records herein, including the parties' memorandum of law and all exhibits and affidavits thereto, which will be submitted in compliance with the rules of Court, as well as the arguments of counsel.

Dated:  January 17, 2012

**O'MELVENY & MYERS LLP**

By <u>s/ Benjamin G. Bradshaw</u>
   Benjamin G. Bradshaw
   bbradshaw@omm.com
   *(Admitted Pro Hac Vice)*
   Shannon M. Barrett
   sbarrett@omm.com
   *(Admitted Pro Hac Vice)*
1623 Eye Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 383-5300

*Attorneys for Defendants*

**DORSEY & WHITNEY LLP**

   Stephen P. Lucke #154210
   lucke.steve@dorsey.com
   Kirsten Schubert #0388396
   schubert.kirsten@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600

*Attorneys for Defendants*