## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Roger Krueger; Jeffrey Olson; Edward Pope; Deborah Tuckner; Bernice Hillukka; Susan Wones; and Margene Bauhs, individually and as representatives of a class of similarly situated persons, and on behalf of the Ameriprise Financial 401(k) Plan,<br><br>            Plaintiffs,<br><br>v.<br><br>Ameriprise Financial, Inc.; Ameriprise Financial, Inc. Employee Benefits Administration Committee; Michelle Rudlong; Ameriprise Financial, Inc. 401(k) Investment Committee; Compensation and Benefits Committee of the Board of Directors of Ameriprise Financial, Inc.; Ira D. Hall; Warren D. Knowlton; W. Walker Lewis; Siri S. Marshall; Jeffrey Noddle; Richard F. Powers III; Robert F. Sharpe, Jr.; John Does 1-60; Jeffrey P. Fox; Phil Wentzel; Jeffrey A. Williams; Martin S. Solhaug; Kristi L. Peterson; Timothy V. Bechtold; and Brent Sabin,<br><br>            Defendants. | Civil File No. 11-CV-02781 (SRN/JSM)<br><br><br><br><u>**LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE**</u> |

I, Benjamin G. Bradshaw, certify that **Defendants' Memorandum of Law in**

**Support of Defendants' Motion to Dismiss the First Amended Complaint For**

**Failure to State a Claim** complies with the length and type size limitations of Local Rule 7.1(d) & (f).

I further certify that, in preparation of this Memorandum, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 8,843 words.

| | |
|---|---|
| Dated:  April 11, 2012 | **O'MELVENY & MYERS LLP** |

By <u>s/ Benjamin G. Bradshaw</u>
   Benjamin G. Bradshaw
   bbradshaw@omm.com
   *(Admitted Pro Hac Vice)*
   Shannon M. Barrett
   sbarrett@omm.com
   *(Admitted Pro Hac Vice)*
1625 Eye Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 383-5300

and

**DORSEY & WHITNEY LLP**

   Stephen P. Lucke #154210
   lucke.steve@dorsey.com
   Kirsten Schubert #0388396
   schubert.kirsten@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600

*Attorneys for Defendants*