UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Roger Krueger; Jeffrey Olson; Edward Pope; Deborah Tuckner; Bernice Hillukka; Susan Wones; and Margene Bauhs, individually and as representatives of a class of similarly situated persons, and on behalf of the Ameriprise Financial 401(k) Plan,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Ameriprise Financial, Inc.; Ameriprise Financial, Inc. Employee Benefits Administration Committee; Michelle Rudlong; Ameriprise Financial, Inc. 401(k) Investment Committee; Compensation and Benefits Committee of the Board of Directors of Ameriprise Financial, Inc.; Ira D. Hall; Warren D. Knowlton; W. Walker Lewis; Siri S. Marshall; Jeffrey Noddle; Richard F. Powers III; Robert F. Sharpe, Jr.; John Does 1-60; Jeffrey P. Fox; Phil Wentzel; Jeffrey A. Williams; Martin S. Solhaug; Kristi L. Peterson; Timothy V. Bechtold; and Brent Sabin,<br><br>　　　　　　　Defendants. | Civil File No. 11-CV-02781 (SRN/JSM)<br><br><br><br><u>**LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE**</u> |

I, Benjamin G. Bradshaw, certify that the **Reply in Support of Defendants' Amended Motion to Dismiss for Failure to State a Claim** complies with the length and type size limitations of Local Rule 7.1(d) & (f).

I further certify that, in preparation of this Reply, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count.

I further certify that the above-referenced reply memorandum contains 3,152 words.  The Memorandum of Law in Support of Defendants' Amended Motion to Dismiss for Failure to State a Claim contained 8,843 words, for a cumulative total of 11,995 words.

Dated: May 30, 2012                     **O'MELVENY & MYERS LLP**

               By <u>s/ Benjamin G. Bradshaw</u>
                  Benjamin G. Bradshaw
                  bbradshaw@omm.com
                  *(Admitted Pro Hac Vice)*
                  Shannon M. Barrett
                  sbarrett@omm.com
                  *(Admitted Pro Hac Vice)*
1625 Eye Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 383-5300

and

**DORSEY & WHITNEY LLP**

        Stephen P. Lucke #154210
        lucke.steve@dorsey.com
        Kirsten Schubert #0388396
        schubert.kirsten@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600

*Attorneys for Defendants*