IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ROGER KRUEGER, et al., | |
| *Plaintiffs*, | |
| v. | No. 11-CV-02781 (SRN/JSM) |
| AMERIPRISE FINANCIAL, INC., et al., | |
| *Defendants*. | |

## PLAINTIFFS' MOTION TO CERTIFY CLASS ACTION

Plaintiffs Roger Krueger, Jeffrey Olson, Deborah Tuckner, Susan Wones, and Margene Bauhs move that the Court certify all claims in this action as a class action under Federal Rule of Civil Procedure 23(b)(1). Plaintiffs move that the class be defined as follows:

> All current and former participants and beneficiaries of the Ameriprise 401(k) Plan who were affected by the breach of fiduciary duties alleged in Plaintiffs' complaint, excluding those individuals who breached their fiduciary duties as alleged in Plaintiffs' complaint.

Plaintiffs further move that they each be appointed as the representatives of this class and that their attorneys—Schlichter Bogard & Denton LLP—be appointed class counsel under Rule 23(g). The facts and law in support of this Motion are provided in the Memorandum In Support Of Plaintiffs' Motion To Certify Class Action, filed herewith.

                    Respectfully submitted,

DATE: October 1, 2013        s/ Michael A. Wolff
                    Jerome J. Schlichter (admitted *pro hac vice*)
                    Michael A. Wolff (admitted *pro hac vice*)
                    Mark G. Boyko (admitted *pro hac vice*)
                    Troy A. Doles (admitted *pro hac vice*)
                    Heather Lea (admitted *pro hac vice*)
                    Schlichter Bogard & Denton LLP
                    100 South Forth Street, Suite 900
                    St. Louis, MO, 63102
                    (314) 621-6115
                    (314) 621-7151 (fax)
                    jschlichter@uselaws.com
                    mwolff@uselaws.com
                    mboyko@uselaws.com
                    tdoles@uselaws.com
                    hlea@uselaws.com

                    *Lead Counsel for Plaintiffs*

                    Thomas W. Pahl (#243012)
                    Thomas A. Harder (#158987)
                    250 Marquette Avenue, Suite 1200
                    Minneapolis, MN 55401
                    (612) 338-8788
                    (612) 338-8690 (fax)
                    tpahl@foleymansfield.com
                    tharder@foleymansfield.com

                    *Local Counsel for Plaintiffs*