UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROGER KRUEGER, et al.,            CIVIL NO. 11-2781 (SRN/JSM)

    Plaintiffs,

v.                                    ORDER

AMERIPRISE FINANCIAL, INC., et al.,

    Defendants.

JANIE S. MAYERON, U.S. Magistrate Judge

The above matter came before the undersigned on plaintiffs' Application for Attorneys' Fees and Costs [Docket No. 425]. Upon the parties' notice to the Court that they have resolved this matter, and for the reasons described in the Memorandum below, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED THAT** plaintiffs' pending Application for Attorneys' Fees and Costs [Docket No. 425] is **DENIED** as **MOOT.**

Dated: July 23, 2014                  *s/ Janie S. Mayeron*
                                           JANIE S. MAYERON
                                           United States Magistrate Judge

**MEMORANDUM**

On June 10, 2014, plaintiffs filed a Motion for Sanctions. [Docket No. 401]. On July 7, 2014, this Court issued an Order granting in part and denying in plaintiffs' Motion for Sanctions ("Sanctions Order"). [Docket No. 422]. In its Sanctions Order, the Court ordered Ameriprise to pay plaintiffs their reasonable attorneys' fees and costs associated with bringing the motion for sanctions and attending the hearing. Id., ¶ 5. This Court provided a deadline for plaintiffs to file an affidavit setting forth their

reasonable fees and costs and a deadline for Ameriprise to serve and file any objections to the amounts requested by plaintiffs. Id. In compliance with the Sanctions Order, on July 15, 2014, plaintiffs filed an Application for Attorneys' Fees and Costs [Docket No. 425] and the supporting Declaration of Troy A. Doles. [Docket No. 426]. On July 22, 2014, this Court received correspondence from plaintiffs' counsel on behalf of the parties notifying this Court that they had resolved plaintiffs' pending Application for Attorneys' Fees and Costs. Accordingly, plaintiffs' pending Application for Attorneys' Fees and Costs [Docket No. 425] is moot.

J.S.M.