UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROGER KRUEGER, et al., *Plaintiffs*, v. AMERIPRISE FINANCIAL, INC., et al., *Defendants*. | No. 11-CV-02781 (SRN/JSM) |

ORDER GRANTING JOINT STIPULATION AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE

The parties submitted a Joint Stipulation to the Court on March 26, 2015.

Based upon that stipulation, **IT IS ORDERED THAT**:

The Second Amended Complaint [Dkt. No. 228] is hereby **DISMISSED** without prejudice as to defendants Michelle Rudlong, Martin S. Solhaug, and Brent Sabin.

Dated: March 26, 2015            s/Susan Richard Nelson
                                 SUSAN RICHARD NELSON
                                 United States District Court Judge