IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ROGER KRUEGER, et al., *Plaintiffs*, v. AMERIPRISE FINANCIAL, INC., et al., *Defendants*. | No. 11-CV-02781 (SRN/JSM) |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS FOR NAMED PLAINTIFFS**

Plaintiffs Roger Krueger, Jeffrey Olson, Deborah Tuckner, Susan Wones and Margene Bauhs move that the Court grant their request for attorneys' fees, reimbursement of expenses, and incentive awards to the named plaintiffs. The facts and law in support of this Motion are provided in the Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards for Named Plaintiffs, filed herewith.[1]

Respectfully submitted,

May 13, 2015

/s/ Jerome J. Schlichter
Jerome J. Schlichter (admitted *pro hac vice*)
Schlichter Bogard & Denton LLP
100 South Fourth Street
St. Louis, MO 63102
(314) 621-6115
(314) 621-7151 (fax)
jschlichter@uselaws.com

---

[1] Consistent with "Article 4.1 – Final Settlement Approval" of the Class Action Settlement, Plaintiffs will submit to the Court their proposed final order approving this Motion no later than ten business days before the final fairness hearing. Doc. 597-01 at 11.

                Thomas W. Pahl (#243012)
                Thomas A. Harder (#158987)
                Foley & Mansfield
                250 Marquette Avenue, Suite 1200
                Minneapolis, MN 55401
                (612) 338-8788
                (612) 338-8690 (fax)
                tpahl@foleymansfield.com
                tharder@foleymansfield.com

                Attorneys for Plaintiffs