IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ROGER KRUEGER, et al., | |
| *Plaintiffs*, | |
| v. | No. 11-CV-02781 (SRN/JSM) |
| AMERIPRISE FINANCIAL, INC., et al., | |
| *Defendants*. | |

**JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**

The parties move this Court for final approval of the Class Action Settlement and move the Court to enter the proposed Final Order. This motion is supported by Plaintiffs' Memorandum of Law in Support of the Joint Motion for Preliminary Approval of Class Settlement (Doc. 596), as well as Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards for Named Plaintiffs (Doc. 608), the Declaration of Jennifer M. Keough, Chief Operating Officer, Garden City Group, LLC (Declaration of Mark Boyko ("Boyko Decl.") ¶3, Exhibit 1), and the Statements of Gallagher Fiduciary Advisors, LLC, as the Independent Fiduciary, approving of the settlement (Boyko Decl. ¶4, Exhibit 2), as well as this Court's Order Preliminarily Approving this Class Settlement (Doc. 604) and Plaintiffs' Memorandum in Support of this Motion. Defendants join in requesting that the Court enter an order finally approving the settlement and enter judgment in the form attached to this motion.

2

Dated: June 26, 2015

Respectfully submitted,

| | |
|---|---|
| s/ Jerome J. Schlichter | s/ Brian Boyle |
| Jerome J. Schlichter (admitted *pro hac vice*) | Brian Boyle |
| Michael A. Wolff (admitted *pro hac vice*) | Benjamin Bradshaw |
| Mark G. Boyko (admitted *pro hac vice*) | O'MELVENY & MYERS LLP |
| SCHLICHTER BOGARD & DENTON | 1625 Eye Street NW |
| 100 South Fourth Street | Washington, D.C. 20006 |
| St. Louis, MO 63102 | 202-383-5300 |
| 314-621-6115 | bboyle@omm.com |
| jschlichter@uselaws.com | bbradshaw@omm.com |
| mwolff@uselaws.com | |
| mboyko@uselaws.com | |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| | |
| Thomas Pahl | Stephen P. Lucke |
| tpahl@foleymansfiled.com | lucke.steve@dorsey.com |
| Thomas Harder | Kirsten E. Schubert |
| tharder@foleymansfield.com | schubert.kirsten@dorsey.com |
| FOLEY & MANSFIELD PLLP | DORSEY & WHITNEY LLP |
| 250 Marquette Ave., Suite 1200 | 50 South Sixth Street, Suite 1500 |
| Minneapolis, MN 55401 | Minneapolis, MN 55402-2600 |
| 612-338-8788 | 612-340-2600 |
| | |
| *Local Counsel for Plaintiffs* | *Local Counsel for Defendants* |